Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 20−18954−MBK
                                Chapter: 13
                                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alexis M Heeney
    aka Alexis M D'Andrea
    880 Dorset Psge
    Toms River, NJ 08753−4014

Social Security No.:
    xxx−xx−0201

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      10/20/20
Time:      01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
fee: $1044.50

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: he amount paid to unsecured creditors will reduce by the amount of this fee application, if granted.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 21, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Alexis M Heeney
    Debtor

Case No. 20-18954-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Sep 21, 2020
                         Form ID: 137    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
```
db           Alexis M Heeney,    880 Dorset Psge,    Toms River, NJ 08753-4014
518907712    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
518957664    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518929368    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518960322    +Cenlar FSB, Attn BK Dept,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518907713    Citicards CBNA,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518907716    FST Financial Bank USA,    263 W Anchor Dr,    Dakota Dunes, SD 57049
518907717    HomeBridge Financial Services, Inc.,    PO Box 77404,    Ewing, NJ 08628-6404
518927144    +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
             c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518907720    Macy's/ AMEX DSNB,    PO Box 8218,    Mason, OH 45040-8218
518907721    Scott Heeney,    880 Dorset Psge,    Toms River, NJ 08753-4014
518907722    Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
518907723    State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
             Trenton, NJ 08646-0193
518907727    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,    5005 N River Blvd NE,
             Cedar Rapids, IA 52411-6634)
518907726    The Home Depot/CBNA,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518929316    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518907728    WF/Value City Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2020 23:57:42    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2020 23:57:39    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518907714    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 21 2020 23:57:22    Comenity Bank/VCTRSSEC,
             PO Box 182789,    Columbus, OH 43218-2789
518907715    E-mail/Text: mrdiscen@discover.com Sep 21 2020 23:56:51    Discover Fincl Svc LLC,
             PO Box 15316,    Wilmington, DE 19850-5316
518916622    E-mail/Text: mrdiscen@discover.com Sep 21 2020 23:56:51    Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518907718    E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 22 2020 00:06:31    JPMCB Card Services,
             PO Box 15369,    Wilmington, DE 19850-5369
518907719    E-mail/Text: PBNCNotifications@peritusservices.com Sep 21 2020 23:56:55
             Kohls Department Store,    PO Box 3115,    Milwaukee, WI 53201-3115
518907724    E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2020 00:07:25    SYNCB/Care Credit,
             PO Box 965036,    Orlando, FL 32896-5036
518907725    E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2020 00:07:26    SYNCB/JC Penney,    PO Box 965007,
             Orlando, FL 32896-5007
518909291    +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2020 00:07:25    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                                     Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2020
                              Form ID: 137             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian Gregory Hannon    on behalf of Debtor Alexis M Heeney bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;
               dtakach@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```