UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____          _____
                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## Service List

**Bank of America**
**PO Box 982238**
**El Paso, TX 79998-2238**

**Citicards CBNA**
**5800 S Corporate Pl**
**Sioux Falls, SD 57108-5027**

**Comenity Bank/VCTRSSEC**
**PO Box 182789**
**Columbus, OH 43218-2789**

**Discover Fincl Svc LLC**
**PO Box 15316**
**Wilmington, DE 19850-5316**

**FST Financial Bank USA**
**263 W Anchor Dr**
**Dakota Dunes, SD 57049**

**HomeBridge Financial Services, Inc.**
**PO Box 77404**
**Ewing, NJ 08628-6404**

**JPMCB Card Services**
**PO Box 15369**
**Wilmington, DE 19850-5369**

**Kohls Department Store**
**PO Box 3115**
**Milwaukee, WI 53201-3115**

**Macy's/ AMEX DSNB**
**PO Box 8218**
**Mason, OH 45040-8218**

**Scott Heeney**
**880 Dorset Psge**
**Toms River, NJ 08753-4014**

**Sears Credit Card**
**PO Box 78051**
**Phoenix, AZ 85062-8051**

**State of NJ-Division of Taxation**
**Revenue Processing Center**
**PO Box 193**
**Trenton, NJ 08646-0193**

**SYNCB/Care Credit**
**PO Box 965036**
**Orlando, FL 32896-5036**

**SYNCB/JC Penney**
**PO Box 965007**
**Orlando, FL 32896-5007**

**The Home Depot/CBNA**
**5800 S Corporate Pl**
**Sioux Falls, SD 57108-5027**

**Toyota Motor Credit Corp.**
**5005 N River Blvd NE**
**Cedar Rapids, IA 52411-6634**

**WF/Value City Furniture**
**PO Box 14517**
**Des Moines, IA 50306-3517**

**Denise Carlon Esquire**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

**Synchrony Bank**
**c/o PRA Receivables Management, LLC**
**PO Box 41021**
**Norfolk, VA 23541**