Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−18954−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alexis M Heeney
    aka Alexis M D'Andrea
    880 Dorset Psge
    Toms River, NJ 08753−4014

Social Security No.:
    xxx−xx−0201

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/10/2020 and a confirmation hearing on such Plan has been scheduled for 1/27/2021 at 10:00 AM.

The debtor filed a Modified Plan on 2/5/2021 and a confirmation hearing on the Modified Plan is scheduled for 3/16/2021 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 8, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 20-18954-MBK

Alexis M Heeney      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Feb 08, 2021      Form ID: 186      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexis M Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907712 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518957664 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518929368 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518960322 | + | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518968732 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907713 | | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907717 | | HomeBridge Financial Services, Inc., PO Box 77404, Ewing, NJ 08628-6404 |
| 518927144 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518907720 | | Macy's/ AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519061637 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518907721 | | Scott Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907722 | | Sears Credit Card, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518907723 | | State of NJ-Division of Taxation, Revenue Processing Center, PO Box 193, Trenton, NJ 08646-0193 |
| 518907727 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518907726 | | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518929316 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518907728 | | WF/Value City Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518968732 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 23:06:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907713 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 23:05:59 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907714 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 20:50:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518907715 | | Email/Text: mrdiscen@discover.com | Feb 08 2021 20:50:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518916622 | | Email/Text: mrdiscen@discover.com | Feb 08 2021 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518907716 | + | Email/Text: bankruptcynotice@1fbusa.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 186 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2021 20:51:00 | FST Financial Bank USA, 363 W Anchor Dr, Dakota Dunes, SD 57049-5154 |
| 518907718 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 08 2021 22:55:38 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 518907719 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2021 20:50:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518973121 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2021 22:56:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518907724 | | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 22:55:27 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518907725 | | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 22:55:26 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518980838 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 22:55:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518909291 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 23:05:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518907726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 23:03:14 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Alexis M Heeney bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 08, 2021 | Form ID: 186 | Total Noticed: 31

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4