| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 104<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,*<br>Carrington Mortgage Services, LLC<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>Alexis M Heeney aka Alexis M D'Andrea<br><br><br>Debtor(s). | Judge: Michael B. Kaplan, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 20-18954-MBK |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Carrington Mortgage Services, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    105 Eisenhower Parkway - Suite 302
    Roseland, NJ  07068

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED:  March 9, 2022                                Stern Lavinthal & Frankenberg LLC

                                                                   By: /s/ *Maria Cozzini*
                                                                        Maria Cozzini, Esq.

*new.8/1/15*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 104<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,*<br>Carrington Mortgage Services, LLC<br>By: Maria Cozzini, Esq. |

| In Re:<br>    Alexis M Heeney aka Alexis M D'Andrea<br><br>            Debtor(s) | Judge: Michael B. Kaplan, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 20-18954-MBK |
|---|---|

## CERTIFICATION OF SERVICE

1. I,  Angela Lisa:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On March 9, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                   */s/   Angela Lisa*
                                         Angela Lisa

Dated:  March 9, 2022

202200204

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexis M Heeney<br>880 Dorset Psge<br>Toms River, NJ 08753-4014 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Brian Gregory Hannon<br>Law Office of Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.