Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−18954−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis M Heeney
   aka Alexis M D'Andrea
   880 Dorset Psge
   Toms River, NJ 08753−4014

Social Security No.:
   xxx−xx−0201

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 22, 2021.

On 1/13/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              February 22, 2023
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 13, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 20-18954-MBK
Alexis M Heeney                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                          Page 1 of 3
Date Rcvd: Jan 13, 2023                      Form ID: 185                         Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID  | Recipient Name and Address |
|---|---|
| db        | Alexis M Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907717 | HomeBridge Financial Services, Inc., PO Box 77404, Ewing, NJ 08628-6404 |
| 518907720 | Macy's/ AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 518907721 | Scott Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907723 | State of NJ-Division of Taxation, Revenue Processing Center, PO Box 193, Trenton, NJ 08646-0193 |
| 519061637 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518907728 | WF/Value City Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518907712 |   | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 20:55:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518957664 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 13 2023 20:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518960322 |   | Email/Text: BKelectronicnotices@cenlar.com | Jan 13 2023 20:56:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518929368 |   | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 21:09:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519534081 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 13 2023 20:56:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 519534080 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 13 2023 20:56:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 518968732 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907713 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:09 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907714 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518907715 |   | Email/Text: mrdiscen@discover.com | Jan 13 2023 20:56:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518916622 |   | Email/Text: mrdiscen@discover.com | Jan 13 2023 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 20-18954-MBK    Doc 56    Filed 01/15/23    Entered 01/16/23 00:13:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: 185 | Total Noticed: 33 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| 518907716 | + | Email/Text: bankruptcynotice@1fbusa.com | Jan 13 2023 20:56:00 | FST Financial Bank USA, 363 W Anchor Dr, Dakota Dunes, SD 57049-5154 |
| 518907718 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 20:58:37 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 518927144 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518907719 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 20:56:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518973121 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 21:09:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518907724 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:39 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518907725 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518907722 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:06 | Sears Credit Card, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518980838 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518909291 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518907727 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 13 2023 20:56:00 | Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518907726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:02 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518929316 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 15, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Alexis M Heeney bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5