Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−18954−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis M Heeney
   aka Alexis M D'Andrea
   880 Dorset Psge
   Toms River, NJ 08753−4014

Social Security No.:
   xxx−xx−0201

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 29, 2023.

Dated: June 30, 2023
JAN: km

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 20-18954-MBK

Alexis M Heeney                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 3

Date Rcvd: Jun 30, 2023              Form ID: plncf13             Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Alexis M Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907717 | HomeBridge Financial Services, Inc., PO Box 77404, Ewing, NJ 08628-6404 |
| 518907720 | Macy's/ AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 518907721 | Scott Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907723 | State of NJ-Division of Taxation, Revenue Processing Center, PO Box 193, Trenton, NJ 08646-0193 |
| 519061637 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518907728 | WF/Value City Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518907712 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2023 20:45:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518957664 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 30 2023 20:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518960322 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 30 2023 20:46:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518929368 | | Email/PDF: bncnotices@becket-lee.com | Jun 30 2023 20:55:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519534081 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2023 20:45:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 519534080 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2023 20:45:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 518968732 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 20:56:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907713 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 20:54:55 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907714 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2023 20:46:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518907715 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 20:45:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518916622 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 20-18954-MBK  Doc 66  Filed 07/02/23  Entered 07/03/23 00:15:00  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: plncf13 | Total Noticed: 35 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518907716 | + | Email/Text: bankruptcynotice@1fbusa.com | Jun 30 2023 20:47:00 | FST Financial Bank USA, 363 W Anchor Dr, Dakota Dunes, SD 57049-5154 |
| 518907718 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 30 2023 20:55:33 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 518927144 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 30 2023 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518907719 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 30 2023 20:45:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519927698 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:54:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927699 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:55:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518973121 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:56:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518907724 | | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:55:22 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518907725 | | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:55:39 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518907722 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 20:55:31 | Sears Credit Card, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518980838 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:54:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518909291 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 21:06:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518907727 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2023 20:46:00 | Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518907726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 20:56:21 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518929316 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 30 2023 20:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023           Signature:        /s/Gustava Winters

District/off: 0312-3    User: admin    Page 3 of 3
Date Rcvd: Jun 30, 2023    Form ID: plncf13    Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Alexis M Heeney bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5