**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alexis M Heeney | Social Security number or ITIN xxx–xx–0201 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18954–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Alexis M Heeney
    aka Alexis M D'Andrea

10/17/25                                    **By the court:** Michael B. Kaplan
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18954-MBK |
| Alexis M Heeney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Alexis M Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907720 | Macy's/ AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 518907721 | Scott Heeney, 880 Dorset Psge, Toms River, NJ 08753-4014 |
| 518907723 | State of NJ-Division of Taxation, Revenue Processing Center, PO Box 193, Trenton, NJ 08646-0193 |
| 518907728 | WF/Value City Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518907712 | | EDI: BANKAMER | Oct 18 2025 00:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518957664 | + | EDI: BANKAMER2 | Oct 18 2025 00:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519534080 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 17 2025 20:45:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| 519534081 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 17 2025 20:45:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| 518960322 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 20:45:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518929368 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 20:59:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518968732 | | EDI: CITICORP | Oct 18 2025 00:44:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907713 | | EDI: CITICORP | Oct 18 2025 00:44:00 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907714 | | EDI: WFNNB.COM | Oct 18 2025 00:44:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518907715 | | EDI: DISCOVER | Oct 18 2025 00:44:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518916622 | | EDI: DISCOVER | Oct 18 2025 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518907716 | + | Email/Text: bankruptcynotice@1fbusa.com | Oct 17 2025 20:45:00 | FST Financial Bank USA, 363 W Anchor Dr, |

Case 20-18954-MBK   Doc 74   Filed 10/19/25   Entered 10/20/25 00:49:10   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Dakota Dunes, SD 57049-5154 |
| 518907717 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 20:45:00 | HomeBridge Financial Services, Inc., PO Box 77404, Ewing, NJ 08628-6404 |
| 518907718 | | EDI: JPMORGANCHASE | Oct 18 2025 00:44:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 518927144 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518907719 | | EDI: CAPITALONE.COM | Oct 18 2025 00:44:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519927698 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 20:59:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927699 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 20:59:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518973121 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 20:59:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519061637 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 17 2025 20:45:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518907724 | | EDI: SYNC | Oct 18 2025 00:44:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518907725 | | EDI: SYNC | Oct 18 2025 00:44:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518907722 | | EDI: CITICORP | Oct 18 2025 00:44:00 | Sears Credit Card, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518980838 | + | EDI: PRA.COM | Oct 18 2025 00:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518909291 | + | EDI: PRA.COM | Oct 18 2025 00:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518907726 | | EDI: CITICORP | Oct 18 2025 00:44:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518907727 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 17 2025 20:45:00 | Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518929316 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 17 2025 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2025                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Alexis M Heeney bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5